UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                       )<br>         Plaintiff,                              )<br>                                                       )<br>v.                                                  )<br>                                                       )<br>F. HARVEY WHITTEMORE              )<br>                                                       )<br>         Defendant.                            )<br>_____ ) | 3:12-CR-0058-LRH-WGC<br><br>ORDER |

This is a clarification to the court's order denying defendant F. Harvey Whittemore's ("Whittemore") motion to exclude or limit "other acts" evidence. Doc. #142.[1]

Absent further comment by the parties, the court's order is clarified to not include Rule 404(b) "other acts" evidence related to non-family members of defendant Whittemore in whose names contributions were made in 2008 and later. The court reserves ruling on this issue.

IT IS THEREFORE ORDERED that the court's order (Doc. #142) is CLARIFIED in accordance with this order.

IT IS SO ORDERED.

DATED this 13th day of May, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1] Refers to the court's docket number.